THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY SUTTON, Appellant. [619 NYS2d 575] —Appeal by the defendant from a judgment of the Supreme Court, Kings

County (Gerges, J.), rendered January 30, 1992, convicting him of robbery in the first degree and sexual abuse in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to establish a factual basis to support his contention that there existed undisclosed *Rosario* material *(see, People v Poole,* 48 NY2d 144, 149; *People v Billups,* 201 AD2d 740; *cf., People v Adger,* 75 NY2d 723). Accordingly, the trial court properly declined to conduct a hearing with respect to the defendant's *Rosario* contention.

The trial court did not improvidently exercise its discretion in excluding from evidence a police report containing a purported prior inconsistent statement allegedly made by the complainant, since the defense counsel failed to lay a proper foundation for its admission by confronting the complainant with the alleged discrepancies *(see, People v Duncan,* 46 NY2d 74, *cert denied* 442 US 910; *People v Weldon,* 111 NY 569; *People v Banks,* 151 AD2d 491; *People v Jones,* 136 AD2d 740; *see also,* Richardson, Evidence § 501 [Prince 10th ed]).

We have considered the defendant's remaining contentions and find them to be without merit. Thompson, J. P., Balletta, Rosenblatt and Florio, JJ., concur.